FILED

07 DEC 10 PM 4:07

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  TORY M. PANKOPF, ESQ., SBN 202581
   LAW OFFICES OF TORY M. PANKOPF
2  611 Sierra Rose Drive
   Reno, Nevada 89511
3  Telephone: (530) 725-8263
   Facsimile: (530) 725-8264
4  tppankopf@sbcglobal.net

5  Attorneys for Plaintiff
6  PROLINE CONCRETE TOOLS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

VIA FAX

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation, UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation, LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation, SOLOMON COLORS, INC., an Illinois Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO:<br>**07 CV 2310 LAB AJB**<br><br>**COMPLAINT**<br><br>1. **Copyright Infringement (17 U.S.C. 101 et. seq.)**<br>2. **Injunction Relief**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:<br>Time:<br>Dept: |

////

////

Law Offices of
Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 1 -

Complaint-Copyright Infringement

## COMPLAINT FOR DAMAGES

1. Plaintiff PROLINE CONCRETE TOOLS, INC., a California Corporation (hereinafter "Plaintiff" or "Proline"), by and through its attorney, Tory M. Pankopf, complains against defendants CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation, UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation, GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation, SOLOMON COLORS, INC., an Illinois Corporation, and DOES 1 through 20, inclusive (collectively, "Defendants").

### JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District and because a substantial part of the property that is the subject of this action is situated here. Venue is proper in the Southern District of California under 28 U.S.C. § 1391.

### PARTIES

4. Plaintiff is a California corporation with its principal place of business at, Oceanside, California. Proline, among other things, creates and designs dimensional sculptures used to decorate concrete surfaces. Proline is the leader in high quality decorative concrete stamps, borders, and hand tools. Proline's products are distributed throughout the State of California, in interstate commerce and international commerce.

5. On information and belief, defendant CREATIVE URETHANE CONCEPTS, INC. ("Creative Urethane"), is a South Carolina Corporation with its principal place of business in Columbia, South Carolina, and a mailing address of 907 Garland Street, Columbia, South Carolina, 29201-4613. On information and belief, Creative Urethane is engaged in the business of, among other things, selling decorative concrete stamps. On further information and belief,

Law Offices of
Tory M. Pankopf
811 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

Complaint-Copyright Infringement

1  Creative Urethane attracts customers to its business by copying Proline's copyrighted works, in
2  their entirety, selling them, and without their owner's consent.

3        6. On information and belief, defendant UNIVERSAL BUILIDNG PRODUCTS, INC.
4  ("Universal"), is an Illinois Corporation, with its principal place of business in Bellwood,
5  Illinois, and a mailing address of 840 25th Avenue, Bellwood, Illinois, 60104. On information
6  and belief, Universal is engaged in the business of, among other things, selling decorative
7  concrete stamps. On further information and belief, Universal attracts customers to its business
8  by copying Proline's copyrighted works, in their entirety, selling them, and without their
9  owner's consent.

10        7. On information and belief, defendant LEGACY DECORATIVE CONCRETE
11  SYSTEMS, INC. ("Legacy"), is an Illinois Corporation, with its principal place of business in
12  Springfield, Illinois, and a mailing address of 1231 So. 8th Street, Springfield, Illinois, 62703.
13  On information and belief, Legacy is a subsidiary of Solomon Colors, Inc. On information and
14  belief, Legacy is engaged in the business of, among other things, selling decorative concrete
15  stamps. On further information and belief, Legacy attracts customers to its business by copying
16  Proline's copyrighted works, in their entirety, selling them, and without their owner's consent.

17        8. On information and belief, defendant SOLOMON COLORS, INC. ("Solomon"), is an
18  Illinois Corporation, with its principal place of business in Springfield, Illinois, and a mailing
19  address of 4050 Color Plant Road, Springfield, Illinois, 62703. On information and belief,
20  Solomon is engaged in the business of, among other things, selling decorative concrete stamps
21  through its subsidiary Legacy. On further information and belief, Solomon attracts customers
22  to its business by copying Proline's copyrighted works, in their entirety, selling them, and
23  without their owner's consent.

24        9. On information and belief, defendant CADILLAC CONCRETE PRODUCTS, LTD.
25  ("Cadillac"), is an unknown business form, with its principal place of business in Burnaby,
26  British Columbia, Canada, and a mailing address of 102-6968 Russell Avenue, Burnaby, BC,
27  Canada, V5J 4R9. On information and belief, Cadillac is engaged in the business of, among
28  other things, selling decorative concrete stamps. On further information and belief, Cadillac

Law Offices of
Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

Complaint-Copyright Infringement

attracts customers to its business by copying Proline's copyrighted works, in their entirety, selling them, and without their owner's consent.

10. On information and belief, defendant GORD DENNIS is doing business as CADILLAC CONCRETE PRODUCTS, LTD. ("Dennis"), with his principal place of business in Burnaby, British Columbia, Canada, and a mailing address of 102-6968 Russell Avenue, Burnaby, BC, Canada, V5J 4R9. On information and belief, Dennis is engaged in the business of, among other things, selling decorative concrete stamps. On further information and belief, Dennis attracts customers to his business by copying Proline's copyrighted works, in their entirety, selling them, and without their owner's consent. On information and belief, Dennis is the sole owner of Cadillac and directly copied Plaintiff's decorative concrete stamps or authorized their copying.

11. At all relevant times mentioned here, Defendants and DOES 1 through 20, were the agent, employee, and/or co-conspirator of each of the remaining defendants, and in doing the things alleged here, were acting in the course and scope of that agency employment and/or conspiracy and with the consent of each of their co-defendants.

12. The true names and capacities, whether individual, corporate, or otherwise, of the Defendants sued as Does 1 through 20 are unknown to Plaintiff, who, therefore, sues them by such fictitious names. At such time as their true names and capacities have been ascertained, Plaintiff will seek leave of Court to amend this Complaint accordingly. On information and belief, Plaintiff alleges that each of Does 1 through 20 was the agent, representative, or employee of each of the other Defendants and was acting at all times within the scope of his/her agency or representative capacity, with the knowledge and consent of the other Defendants, and that each of Does 1 through 20 are liable to Plaintiff in connection with one or more of the claims sued upon here and are responsible in some manner for the wrongful acts and conduct alleged here.

## GENERAL ALLEGATIONS OF FACT

13. On or about 1991, Plaintiff created certain decorative concrete stamps.

Law Offices of
Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 4 -

Complaint-Copyright Infringement

14. The Plaintiff owns the copyrights to the decorative concrete stamps that are the subject of this litigation.

15. For their own profit and advantage the Defendants have misappropriated Plaintiff's copyrighted decorative concrete stamps.

16. Plaintiff has demanded that Defendants stop copying and selling Plaintiff's copyrighted decorative stamps without their consent. Defendants have refused to cease their infringing activities.

17. Defendants' conduct has been willful.

## FIRST CLAIM FOR RELIEF

### (Federal Copyright Infringement)

18. Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 19, inclusive.

19. Plaintiff owns copyrighted decorative concrete stamps.

20. The Plaintiff has registered its copyrighted decorative concrete stamps with the United States Copyright Office.

21. Jeff Irwin and Paul Sowa are the authors of the decorative concrete stamps who have transferred all their rights to the Plaintiff.

22. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 et seq., and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works. Plaintiff has been and still is the sole proprietor of all rights, title, and interest in and to the copyrights in their respective works as referenced above.

23. Defendants' conduct violates the exclusive rights belonging to Plaintiff as owner of the copyrights in its decorative concrete stamps, including without limitation Plaintiff's rights under 17 U.S.C. § 106.

24. On information and belief, Plaintiff alleges that, as a direct and proximate result of their wrongful conduct, Defendants have realized and continue to realize profits and other benefits rightfully belonging to Plaintiff. Accordingly, Plaintiff seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 726-8263

- 5 -

Complaint-Copyright Infringement

25. Defendants' infringing conduct has also caused and is causing substantial and irreparable injury and damage to Plaintiff in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the Plaintiff with no adequate remedy at law.

26. On information and belief, Defendants have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of Plaintiff. Plaintiff is, therefore, entitled to the maximum statutory damages allowable.

## SECOND CLAIM FOR RELIEF
### (Injunctive Relief)

27. Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 26, inclusive.

28. Defendants,' and each of them, willful misappropriation of Plaintiff's copyrights has caused and will continue to cause Plaintiff immediate and irreparable harm that requires the Court to evoke its equitable power and issue an order protecting Plaintiff from any further harm. The Plaintiff will suffer irreparable harm if the preliminary injunction is not issued; there is a substantial likelihood the Plaintiff will prevail on the merits, or, there is a serious issue going to the merits and the balance of harm between issuance and non-issuance of the preliminary injunction weighs in favor of the Plaintiff; and issuance of the injunction is in the public interest.

### Prayer for Relief

THEREFORE, Plaintiff prays for judgment against each Defendant as follows:

A. Declaring that Defendants' unauthorized conduct violates Plaintiff's rights under common law and the Federal Copyright Act;

B. Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and reselling any of Plaintiff's

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 6 -

Complaint-Copyright Infringement

copyrighted decorative concrete stamps without consent or otherwise infringing Plaintiff's copyrights or other rights in any manner;

    C. Ordering Defendants to account to Plaintiff for all gains, profits, and advantages derived by Defendants by their infringement of Plaintiff's copyrights or such damages as are proper, and since Defendants intentionally infringed plaintiff's copyrights, for the maximum allowable statutory damages for each violation;

    D. Awarding Plaintiff actual and/or statutory damages for Defendants' copyright infringement in an amount to be determined at trial;

    E. Awarding Plaintiff its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

    F. Awarding Plaintiff such other and further relief as is just and proper.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED: This 2nd day of December, 2007

*Law Offices of Tory M. Pankopf*

By: _____
TORY M. PANKOPF, ESQ.
*Attorney for Plaintiff*
PROLINE CONCRETE TOOLS, INC.

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

Complaint-Copyright Infringement

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

VIA FAX

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Proline Concrete Tools, Inc.

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Tory M. Pankopf, 611 Sierra Rose Dr., Reno, NV 89511 (530) 725-8263

## DEFENDANTS
Gord Dennis, individually, Cadillac Concrete Products, Ltd., Creative Urethane Concepts, Inc., et. al.

County of Residence of First Listed Defendant: Burnaby, British Columbia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Unknown

'07 CV 2310 LAB AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Copyright Act 17 U.S.C. ss 106 et. seq.

Brief description of cause:
Copyright infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ According to proof

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 12/08/2007

SIGNATURE OF ATTORNEY OF RECORD
Tory Pankopf   SBN 202581

**FOR OFFICE USE ONLY**
RECEIPT # 145342   AMOUNT 350.—   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

12/10/07

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 145342      - SR

December 10, 2007
16:06:07

Civ Fil Non-Pris
USAO #.: 07CV2310 CIV. FIL.
Judge..: LARRY A BURNS
Amount.:              $350.00 CK
Check#.: BC#7217


Total-> $350.00


FROM: PROLINE CONCRETE V. DENNIS, ET
      CIVIL FILING