1  Craig J. Mariam (SBN 225280)
   Richard P. Sybert (SBN 80731)
2  GORDON & REES LLP
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone: (619) 696-6700
4  Facsimile: (619) 696-7124

5  Keith J. Grady (*Pro Hac Vice pending*)
   Robert S. Kenney (*Pro Hac Vice pending*)
6  POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
   100 South Fourth Street, Suite 1100
7  Telephone: (314) 889-8000
   Facsimile: (314) 727-7166
8
   Attorneys for Defendants
9  SOLOMON COLORS, INC. and
   LEGACY DECORATIVE CONCRETE SYSTEMS, INC.
10

11                UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; UNIVERSAL BUILDING PRODUCTS, INC.; an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; SOLOMON COLORS, INC., an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2310 LAB AJB<br><br>NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED.R.CIV.P 12 (b)(1) and FED.R.CIV.P. 12 (b)(6)<br><br>Date: March 24, 2008<br>Time: 11:15 a.m.<br>Courtroom: 9/2nd Floor<br>Judge: Larry A. Burns<br><br>[ORAL ARGUMENT REQUESTED]<br><br>Filed/Lodged concurrently with:<br>1. Memorandum of Points and Authorities;<br>2. [Proposed] Order. |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 24, 2008 at 11:15 a.m., or as soon thereafter as the matter may be heard, Defendants Legacy Decorative

-1-

1  Concrete Systems, Inc. and Solomon Colors, Inc. ("Defendants") will and hereby
2  do move this Court for an order pursuant to Federal Rules of Civil Procedure
3  12(b)(1) and 12(b)(6) dismissing with prejudice Plaintiff's Complaint.
4      This Motion is made on the grounds that:
5      1.   This Court lacks jurisdiction to hear Plaintiff's Complaint; and
6      2.   Plaintiff has failed to allege facts sufficient to give Defendants fair
7           notice as to the nature of Plaintiff's claim and grounds upon which it
8           rests.
9      Defendants' Motion is based upon this Notice, the attached Memorandum of
10 Points and Authorities, the papers and records on file in this action, and any
11 additional evidence, argument or other matters that the Court deems necessary or
12 proper.
13     First, Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(1)
14 for lack of subject matter jurisdiction because, despite Plaintiff's bare allegation to
15 the contrary, Plaintiff does not hold a valid federally registered copyright. As
16 Plaintiff's Complaint is predicated solely on copyright infringement under 17
17 U.S.C. § 101, et seq., and jurisdiction is predicated on 28 U.S.C. §§ 1331 and
18 1338(a), Plaintiff's claims must be dismissed for lack of subject matter jurisdiction.
19     Second, Plaintiff's Complaint should be dismissed for failure to state a claim
20 upon which relief can be granted because Plaintiff's Complaint fails to allege with
21 sufficient factual specificity the essential elements of a copyright infringement
22 claim. Specifically, Plaintiff's Complaint fails to allege facts sufficient to give
23 Defendants fair notice as to the nature of Plaintiff's claim and the grounds upon
24 which it rests. Plaintiff's Complaint contains insufficient facts demonstrating
25 ownership of a valid copyright, the specific product being infringed, the nature of
26 the infringement, when the alleged infringement allegedly occurred, and where the
27
28

-2-

NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 07-CV-2310 LAB AJB

Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

1  alleged infringement allegedly occurred. Plaintiff's claims should therefore be
2  dismissed for failure to state a claim.
3   Defendants are submitting contemporaneously with this Notice of Motion
4  and Motion their Memorandum of Points and Authorities in Support of
5  Defendants' Motion to Dismiss.
6   WHEREFORE, Defendants respectfully request that this Court grant their
7  Motion to Dismiss Plaintiff's Complaint with prejudice, award Defendants their
8  costs and fees, and for such other and further relief as the Court deems just and
9  proper.

11  Dated: February 11, 2008        Respectfully submitted,

         Keith J. Grady
         Robert S. Kenney
         POLSINELLI SHALTON FLANIGAN
         SUELTHAUS PC

         Craig J. Mariam
         Richard P. Sybert
         GORDON & REES LLP

         By: /s/ Craig J. Mariam
         Craig J. Mariam
         Attorneys for Defendants
         LEGACY DECORATIVE CONCRETE
         SYSTEMS, INC. and SOLOMON
         COLORS, INC.

Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

-3-
NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 07-CV-2310 LAB AJB