<div style="margin-left: 2em;">Gordon & Rees LLP<br>101 West Broadway, Suite 2000<br>San Diego, CA 92101</div>

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On February 11, 2008, I served the within document(s):

1. Notice of Motion and Motion to Dismiss Under FED.R.CIV.P 12 (b)(1) and FED.R.CIV.P. 12 (b)(6)
2. Memorandum of Points and Authorities in Support of Motion to Dismiss Under FED.R.CIV.P 12 (b)(1) and FED.R.CIV.P. 12 (b)(6)
3. [PROPOSED] Order on Motion to Dismiss Under FED.R.CIV.P 12 (b)(1) and FED.R.CIV.P. 12 (b)(6)

[X] **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

[X] **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE, [Fed. Rule Civ. Proc. Rule 5(b)]** by sending a true copy from Gordon & Rees LLP's facsimile transmission telephone number (619) 696-7124 to the fax number(s) set forth below, or as stated on the attached service list. I am readily familiar with the firm's practice for sending facsimile transmissions, and know that in the ordinary course of Gordon & Rees LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Gordon & Rees LLP for transmission.

Attorneys for Plaintiff
Tory M. Pankopf, Esq.
Law Offices of Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511
Telephone: (530) 725-8263
Facsimile: (530) 725-8264
Email: tppankopf@sbcglobal.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

/ / /

/ / /

/ / /

-1-

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.

3  Executed on February 11, 2008 at , California.

*Evangeline A. Guzman*

-2-