1  Craig J. Mariam (SBN 225280)
   Richard P. Sybert (SBN 80731)
2  GORDON & REES LLP
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone: (619) 696-6700
4  Facsimile: (619) 696-7124

5  Keith J. Grady (*Pro Hac Vice pending*)
   Robert S. Kenney (*Pro Hac Vice pending*)
6  POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
   100 South Fourth Street, Suite 1100
7  Telephone: (314) 889-8000
   Facsimile: (314) 727-7166
8
   Attorneys for Defendants
9  SOLOMON COLORS, INC. and
   LEGACY DECORATIVE CONCRETE SYSTEMS, INC.
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; UNIVERSAL BUILDING PRODUCTS, INC.; an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; SOLOMON COLORS, INC., an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2310 LAB AJB<br><br>AMENDED NOTICE OF MOTION TO DISMISS UNDER FED.R.CIV.P. 12 (b)(1) and FED.R.CIV.P. 12 (b)(6)<br><br>Date:      March 24, 2008<br>Time:      11:15 a.m.<br>Courtroom: 9/2nd Floor<br>Judge:     Larry A. Burns<br><br>[ORAL ARGUMENT REQUESTED] |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 24, 2008 at 11:15 a.m., or as soon thereafter as the matter may be heard in Courtroom 9 of the above-entitled

-1-

Court located at 940 Front Street, San Diego, California 92101, Defendants Legacy Decorative Concrete Systems, Inc. and Solomon Colors, Inc. ("Defendants") will and hereby do move this Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing with prejudice Plaintiff's Complaint.

This Motion is made on the grounds that:

1. This Court lacks jurisdiction to hear Plaintiff's Complaint; and
2. Plaintiff has failed to allege facts sufficient to give Defendants fair notice as to the nature of Plaintiff's claim and grounds upon which it rests.

Defendants' Motion is based upon original Notice and Notice of Motion, the Memorandum of Points and Authorities, the papers and records on file in this action, and any additional evidence, argument or other matters that the Court deems necessary or proper.

Dated: February 11, 2008

Respectfully submitted,

Keith J. Grady
Robert S. Kenney
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC

Craig J. Mariam
Richard P. Sybert
GORDON & REES LLP

By: /s/ Craig J. Mariam
Craig J. Mariam
Attorneys for Defendants
LEGACY DECORATIVE CONCRETE SYSTEMS, INC. and SOLOMON COLORS, INC.

-2-

AMENDED NOTICE OF MOTION TO DISMISS
Case No. 07-CV-2310 LAB AJB