UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; UNIVERSAL BUILDING PRODUCTS, INC.; an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; SOLOMON COLORS, INC., an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 07-CV-2310 LAB AJB<br><br>STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL OF RECORD<br><br>Judge: Larry A. Burns<br><br>Lodge Proposed Order via Chambers Email |

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants SOLOMON COLORS, INC. and LEGACY DECORATIVE CONCRETE SYSTEMS, INC. (collectively "Defendants") hereby substitute Greg A. Garbacz and Greg A. Hensrude of Klinedinst, P.C. (collectively "Local Counsel") as their local counsel of record in place of Craig J. Mariam and Richard P. Sybert of the law firm of Gordon & Rees LLP.

/ / /

-1-

Local Counsel's contact information is as follows:

> Gregory A. Garbacz (SBN 167007)
> Greg A. Hensrude (SBN 226660)
> KLINEDINST PC (SD Office)
> 501 West Broadway, Suite 600
> San Diego, CA  92101
> (619) 239-8131 - Telephone
> (619) 238-8707 – Facsimile

Attorneys Robert S. Kenney and Keith J. Grady of the law firm of Polsinelli Shalton Flanigan Suelthaus, PC shall remain as co-counsel for Defendants, and their pending *pro hac vice* applications are hereby amended to provide for the substitution of Local Counsel.

**IT IS SO STIPULATED AND AGREED.**

Dated:  February 14, 2008                    Respectfully submitted,

                                             SOLOMON COLORS, INC.


                                             /s/ Keith Grady
                                             By:  Keith Grady, its Attorney of Record

Dated:  February 14, 2008                    Respectfully submitted,

                                             LEGACY DECORATIVE CONCRETE
                                             SYSTEMS, INC.


                                             /s/ Keith Grady
                                             By:  Keith Grady, its Attorney of Record

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: February 14, 2008 | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC |

By: /s/ Keith Grady
Keith Grady
Attorneys for Defendants
LEGACY DECORATIVE CONCRETE SYSTEMS, INC. and SOLOMON COLORS, INC.

I consent to this substitution:

Dated: February 14, 2008          GORDON & REES LLP

By: /s/ Craig J. Mariam
Craig J. Mariam
Attorneys for Defendants
LEGACY DECORATIVE CONCRETE SYSTEMS, INC. and SOLOMON COLORS, INC.

I consent to this substitution:

Dated: February 14, 2008          KLINEDINST P.C.

By: /s/ Gregory A. Garbacz
Gregory A. Garbacz
Attorneys for Defendants
LEGACY DECORATIVE CONCRETE SYSTEMS, INC. and SOLOMON COLORS, INC.

**IT IS SO ORDERED.**

DATED:

JUDGE OF THE DISTRICT COURT

-3-