1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; UNIVERSAL BUILDING PRODUCTS, INC.; an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; SOLOMON COLORS, INC., an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>                Defendants. | CASE NO. 07-CV-2310 LAB AJB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE SUBSTITUTION OF COUNSEL OF RECORD<br><br>Judge: Larry A. Burns<br><br>Lodge Proposed Order via Chambers Email |

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants SOLOMON COLORS, INC. and LEGACY DECORATIVE CONCRETE SYSTEMS, INC. (collectively "Defendants") hereby substitute Greg A. Garbacz and Greg A. Hensrude of Klinedinst, P.C. (collectively "Local Counsel") as their local counsel of record in place of Craig J. Mariam and Richard P. Sybert of the law firm of Gordon & Rees LLP.

///

-1-

1  Local Counsel's contact information is as follows:

2  Gregory A. Garbacz (SBN 167007)
3  Greg A. Hensrude (SBN 226660)
   KLINEDINST PC (SD Office)
   501 West Broadway, Suite 600
4  San Diego, CA  92101
   (619) 239-8131 - Telephone
5  (619) 238-8707 – Facsimile

6

7  Attorneys Robert S. Kenney and Keith J. Grady of the law firm of Polsinelli Shalton

   Flanigan Suelthaus, PC shall remain as co-counsel for Defendants, and their pending *pro hac*
8
   *vice* applications are hereby amended to provide for the substitution of Local Counsel.
9

10
    **IT IS SO STIPULATED AND AGREED.**
11

12
    Dated:  February 14, 2008              Respectfully submitted,
13
                                           SOLOMON COLORS, INC.
14

15

16                                         /s/ Keith Grady
                                           By:  Keith Grady, its Attorney of Record
17
    Dated:  February 14, 2008              Respectfully submitted,
18
                                           LEGACY DECORATIVE CONCRETE
19                                         SYSTEMS, INC.

20

21
                                           /s/ Keith Grady
22                                         By:  Keith Grady, its Attorney of Record

23

24

25

26  / / /

27  / / /

28
    -2-

    SUBSTITUTION OF ATTORNEY
    Case No. 07-CV-2310 LAB AJB

```
 1   Dated: February 14, 2008              POLSINELLI SHALTON FLANIGAN
                                           SUELTHAUS PC
 2

 3
                                           By: /s/ Keith Grady
 4                                             Keith Grady
                                               Attorneys for Defendants
 5                                             LEGACY DECORATIVE CONCRETE
                                               SYSTEMS, INC. and SOLOMON
 6                                             COLORS, INC.

 7
     I consent to this substitution:
 8
     Dated: February 14, 2008              GORDON & REES LLP
 9

10
                                           By: /s/ Craig J. Mariam
11                                             Craig J. Mariam
                                               Attorneys for Defendants
12                                             LEGACY DECORATIVE CONCRETE
                                               SYSTEMS, INC. and SOLOMON
13                                             COLORS, INC.

14
     I consent to this substitution:
15

16
     Dated: February 14, 2008              KLINEDINST P.C.
17

18
                                           By: /s/ Gregory A. Garbacz
19                                             Gregory A. Garbacz
                                               Attorneys for Defendants
20                                             LEGACY DECORATIVE CONCRETE
                                               SYSTEMS, INC. and SOLOMON
21                                             COLORS, INC.

22

23   IT IS SO ORDERED.

24

25

26
     DATED:   2-20-08                      /s/ Larry A. Burns
27                                         JUDGE OF THE DISTRICT COURT

28                                    -3-
```