TORY M. PANKOPF, ESQ., SBN 202581
LAW OFFICES OF TORY M. PANKOPF
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263
Facsimile: (530) 725-8264
tppankopf@sbcglobal.net

Attorneys for Plaintiff
PROLINE CONCRETE TOOLS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PROLINE CONCRETE TOOLS, INC., a California Corporation,

          Plaintiff,

vs.

GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, et. al.

          Defendants.

CASE NO: 07 CV 2310 LAB AIB

**PROOF OF SERVICE RE RESPONSE TO MOTION TO DISMISS**

Date: March 24, 2008
Time: 11:15 a.m.
Dept: 9/2nd Floor
Judge: Larry A. Burns

////
////
////
////

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 1 -

Proof of Service - Response to Motion to Dismiss Complaint – Rule 12(b)(1) & (6)

PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF WASHOE:**

I am employed in the County of Washoe, State of Nevada.

I am over the age of 18 and am not a party to the within action. My business address is: 611 Sierra Rose Drive, Reno, Nevada 89511

On March 10, 2008, I served the following document entitled:

**RESPONSE TO MOTION TO DISMISS COMPLAINT**

on the following parties in this action:

| ATTORNEY FOR DEFENDANTS<br>Solomon Colors, Inc. and<br><u>Legacy Decorative Concrete Systems, Inc.</u><br><br>Gregory A Garbacz<br>Klinedinst PC<br>501 West Broadway. # 600<br>San Diego, CA 92101 | ATTORNEY FOR DEFENDANTS<br>Solomon Colors, Inc. and<br><u>Legacy Decorative Concrete Systems, Inc.</u><br><br>Keith J. Grady<br>Robert S. Kenney<br>Polsinelli Shalton Flanigan Suelthaus PC<br>100 South Fourth Street, # 1100<br>St. Louis, MO 63102 |
|---|---|

(X) **BY U.S. MAIL/FIRST CLASS [ Rule Civ. Proc. Rule 5(b)]** : by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Nevada at Reno, addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

(X) **BY ELECTRONIC FILING:** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

() **BY FACSIMILE:** I caused such document to be sent via facsimile or machine to each person on the attached mailing list.

() **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the party prior to the hearing on the motion as ordered by the court.

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X ) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 10, 2008, 2008, at Reno, Nevada.

/S/ Patty Pankopf
Patty Pankopf

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263