Gregor A. Hensrude – Bar No. 226660
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ghensrude@klinedinstlaw.com

Attorneys for Defendant
CERTEGY PAYMENT RECOVERY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATYK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CERTEGY PAYMENT RECOVERY SERVICES, INC., and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No.　07-CV-2279-H-(CAB)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date<br>Time:<br>Dept:　　　　　　　13<br>Judge:　　　　　　　Marilyn L. Huff<br>Complaint Filed:　12/5/07<br>Trial Date:　　　　　None set |

1

CERTIFICATE OF SERVICE

STATE OF                                )
                                        )
COUNTY OF San Diego                     )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is Klinedinst PC, Suite 600, 501 West Broadway, San Diego, California 92101.

On **March 10, 2008**, I caused to be served the following documents:

**OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES;**

**DECLARATION OF RICHARD WEINMAN IN SUPPORT THEREOF; and**

**DECLARATION OF GREGOR A. HENSRUDE IN SUPPORT THEREOF**

☐ **BY REGULAR MAIL::** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(b).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P. _____, my electronics business address is traymond@klinedinstlaw.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

2

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| Alvin M. Gomez, Esq.<br>GOMEZ LAW GROUP<br>8910 University Center Lane, Suite 550<br>San Diego, California 92122 | 858-552-0000/FAX 858-558-8505<br>agomez@thegomezlawgroup.com<br>Attorneys for Plaintiff |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 10, 2008, at San Diego, California.

_/s/ Tressa F. Raymond_
Tressa F. Raymond

2989-8001 562917v1