# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Proline v. Dennis, *et al.*               <u>Case No</u>: 07cv2310-LAB (AJB)

<u>HON. Larry A. Burns</u>          <u>CT. DEPUTY</u>              <u>Rptr.</u>

                              <u>Present</u>

<u>Plaintiff(s)</u>:      No appearance.

<u>Defendant(s)</u>:    No appearance.


Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in defendants' Motion To Dismiss appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for March 24, 2008 is ***off-calendar***, and the matter is under submission.


DATED:  March 18, 2008                                  INITIALS:  <u>RLW</u> Law Clerk