Greg A. Garbacz, Bar No. 167007
Gregor A. Hensrude, Bar No. 226660
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ghensrude@klinedinstlaw.com

Robert S. Kenney, Esq.
Keith Grady, Esq.
Polsinelli Shalton Flanigan Suelthaus PC
100 Suth Fourth Street, Suite 1100
St. Louis, Missouri 63102
314-889-8000/FAX 314-727-7166

Attorneys for Defendants
LEGACY DECORATIVE CONCRETE SYSTEMS, INC. and SOLOMON COLORS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; SOLOMON COLORS, INC., an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.   07 CV 2310 LAB (AJB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Date<br>Time:<br>Dept:<br>Judge:<br>Complaint Filed:<br>Trial Date:　　None set |

　　　Defendants Legacy Decorative Concrete Systems, Inc. ("Legacy") and Solomon Colors, Inc. ("Solomon") (collectively "Defendants"), and Plaintiff Proline Concrete

1

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**
07 CV 2310 LAB (AJB)

Tools, Inc. ("Plaintiff") move this Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time up to and including Monday, May 19, 2008, for Defendants to respond to Plaintiff's Complaint. In support of its Motion, Defendants state as follows:

1. Defendants require additional time to more thoroughly investigate the nature of Plaintiff's claims against Defendants.

2. Plaintiff's counsel has consented to an extension of time to answer the Complaint, up to and including Monday, May 19, 2008.

3. No prior extension of time has been requested and no party will be prejudiced by the extension of time requested here.

4. Accordingly, Defendants request, with Plaintiff's consent, an extension of time up to and including Monday, May 19, 2008, to respond to Plaintiff's Complaint.

WHEREFORE, the Parties respectfully request that this court enter an Order granting Defendants additional time, up to and including Monday, May 19, 2008, to respond to Plaintiff's Complaint.

DATED: April 18, 2008          By:  /s/ Tory M. Pankopf
                                    TORY M. PANKOPF
                                    Attorneys for Plaintiff


KLINEDINST PC


DATED: April 18, 2008          By:  /s/ Gregor A. Hensrude
                                    GREGOR A. HENSRUDE
                                    Attorneys for Defendants
                                    **LEGACY DECORATIVE CONCRETE SYSTEMS, INC. and SOLOMON COLORS, INC.**

606209v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101