# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of California

Case Number: 07 CV 23 10 LAB AJB

Plaintiff:
**Proline Concrete Tools, Inc.**
vs.
Defendant:
**Grod Dennis, et al**

For:
Tory M. Pankopf
Tory M. Pankopf LTD
611 Sierra Rose Drive
Reno, NV 89511

Received by SERVE-ONE, INC. to be served on **Creative Urethane Concepts, Inc., 1327 Lake Dogwood Drive, West Columbia, SC 29170**.

I, R D Rivers, being duly sworn, depose and say that on the **15th day of April, 2008** at **12:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Clyde Cobb** as **Registered Agent** for **Creative Urethane Concepts, Inc.**, at the address of: **1327 Lake Dogwood Drive, West Columbia, SC 29170**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

R D Rivers
Process Server

Subscribed and Sworn to before me on the 24th day of April, 2008 by the affiant who is personally known to me.

Notary for South Carolina

My commission expires **My Commission Expires September 4, 2017**

SERVE-ONE, INC.
P.O. Box 2584
Greenville, SC 29602-2584
(864) 235-7766

Our Job Serial Number: 2008004791

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2v