TORY M. PANKOPF, ESQ., SBN 202581
LAW OFFICES OF TORY M. PANKOPF
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263
Facsimile:  (530) 725-8264
tppankopf@sbcglobal.net

Attorneys for Plaintiff
PROLINE CONCRETE TOOLS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation, CLYDE COBB, an individual, UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation, LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation, STEPHEN JOHNSON, an individual, CHARLES KREUTZER, an individual, SOLOMON COLORS, INC., an Illinois Corporation, RICHARD SOLOMON, an individual, GINA SOLOMON, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | CASE NO:  07 CV 2310 LAB AJB<br><br>**PROOF OF SERVICE<br>RE AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Dept: |

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 1 -

Proof of Service re Amended Complaint-Copyright Infringement

PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF WASHOE:**

I am employed in the County of Washoe, State of Nevada.

I am over the age of 18 and am not a party to the within action. My business address is: 611 Sierra Rose Drive, Reno, Nevada 89511

On May 2, 2008, I served the following document entitled:

**Amended Complaint**

on the following parties in this action:

Attn: Register of Copyrights  
Library of Congress  
Copyright Office  
101 Independence Avenue, S.E.  
Washington, D.C. 20559-6000

Attn: Clyde Cobb (Registered Agent)  
Creative Urethane Concepts, Inc.  
1327 Lake Dogwood Drive  
West Columbia, SC 29107-1652

(X)  **BY U.S. MAIL/FIRST CLASS [ Rule Civ. Proc. Rule 5(b)]** : by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Nevada at Reno, addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. In regards to the Register of Copyrights, service was by certified U.S. Mail, return receipt requested.

() **BY ELECTRONIC FILING:** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

() **BY FACSIMILE:** I caused such document to be sent via facsimile or machine to each person on the attached mailing list.

() **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the party prior to the hearing on the motion as ordered by the court.

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X ) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 2, at Reno, Nevada.

/S/ Patty Pankopf  
Patty Pankopf

Law Offices of  
**Tory M. Pankopf**  
611 Sierra Rose Drive  
Reno, NV 89511  
(530) 725-8263

- 2 -

Proof of Service re Amended Complaint-Copyright Infringement