SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Jeffrey D. Lewin, SBN 68202
Barton L. Jacka, SBN 154116
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendant,
Creative Urethane Concepts, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; CLYDE COBB, an individual; UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; STEPHEN JOHNSON, an individual; CHARLES KREUTZER, an individual; SOLOMON COLORS, INC., an Illinois Corporation; RICHARD SOLOMON, an individual; GINA SOLOMON, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:07-cv-2310-LAB (AJB)<br><br>**(1) NOTICE OF MOTION AND MOTION OF CREATIVE URETHANE CONCEPTS, INC. UNDER F.R.C.P., RULE 12(E) FOR A MORE DEFINITE STATEMENT**<br>**(2) MEMORANDUM OF POINTS AND AUTHORITIES** (under separate cover);<br>**(3) DECLARATION OF BARTON L. JACKA** (under separate cover).<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Judge: The Hon. Larry Alan Burns<br>Courtroom: 9<br>Hearing Date: July 21, 2008<br>Time: 11:15 a.m. |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE that on July 21, 2008, at 11:15 a.m. or as soon thereafter as counsel may be heard in Courtroom 9 before the Honorable Larry Alan Burns of the above-entitled court, located on the 2nd Floor of 940 Front Street, San Diego, California, Creative Urethane

Concepts, Inc. ("CUC") will and hereby does move this Court for an order, under Federal Rules of Civil Procedure, Rule 12(e), requiring a more definite statement from Proline Concrete Tools, Inc. ("Proline") in connection with Proline's amended complaint filed on April 30, 2008 (the "amended complaint").

CUC respectfully requests that this Court allow it oral argument on this motion.

CUC makes this motion pursuant to Rule 12(e) of the Federal Rules of Civil Procedure because the amended complaint is so vague and ambiguous that CUC cannot reasonably prepare a response. Specifically, the amended complaint, while alleging that CUC has infringed on Proline's copyright to "decorative concrete stamps," provides no information (description, facsimile, copyright registration number or otherwise) about the "decorative concrete stamps" that would allow CUC even to have an inkling about *what* "decorative concrete stamps" it is being accused of wrongfully copying so that it can respond to the amended complaint. CUC respectfully requests that this Court order Proline to remedy this defect by providing sufficient information about the "decorative concrete stamps" at issue so that CUC can reasonably determine what it is Proline alleges CUC wrongfully copied.

This motion is made based on this notice of motion and motion, on the accompanying memorandum of points and authorities and declaration of Barton L. Jacka, on all pleadings and other filings in this action and on any argument that may be made in support of this motion.

Dated: May 19, 2008

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: *Barton L. Jacka*
Barton L. Jacka
Attorneys for Defendant
Creative Urethane Concepts, Inc.