SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Jeffrey D. Lewin, SBN 68202
Barton L. Jacka, SBN 154116
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendant,
Creative Urethane Concepts, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; CLYDE COBB, an individual; UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; STEPHEN JOHNSON, an individual; CHARLES KREUTZER, an individual; SOLOMON COLORS, INC., an Illinois Corporation; RICHARD SOLOMON, an individual; GINA SOLOMON, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-cv-2310-LAB (AJB)<br><br>**DECLARATION OF BARTON L. JACKA IN SUPPORT OF MOTION OF CREATIVE URETHANE CONCEPTS, INC. UNDER F.R.C.P., RULE 12(E) FOR A MORE DEFINITE STATEMENT**<br><br>Judge:  The Hon. Larry Alan Burns<br>Courtroom:  9<br>Hearing Date:  July 21, 2008<br>Time:  11:15 a.m. |

I, Barton L. Jacka, declare:

1.　　I have direct and firsthand knowledge of the facts contained herein and if called upon to testify I could and would competently testify thereto.

2. I am an attorney duly admitted and licensed to practice in the State of California and before this Court. I am of counsel with the law firm of Sullivan, Hill, Lewin, Rez & Engel, counsel for Creative Urethane Concepts, Inc. ("CUC"), in this matter.

3. On or about April 22, 2008, I caused to be sent by facsimile and mail to Tory M. Pankopf, attorney for Proline Concrete Tools, Inc., a letter, a true and correct copy of which is attached as Exhibit "1" to this declaration, informing Mr. Pankopf that CUC had been unable to discover any copyright registration for the "decorative concrete stamps" allegedly wrongfully copied by CUC and asking for either the copyright numbers or a copy of the deposit of the "decorative concrete stamps" at issue in this case.

4. On or about May 2, 2008, I spoke by telephone with Mr. Pankopf. He informed me that the copyright for the "decorative concrete stamps" at issue in this case had not been registered with the United States Copyright Office. Instead, according to Mr. Pankopf, Proline had applied for registration of the copyright and that registration had been rejected.

5. On or about May 15, 2008, following service of the amended complaint, I left a voicemail for Mr. Pankopf to determine *what* "decorative concrete stamps" Proline alleged CUC had wrongfully copied. I received no response.

6. On or about May 16, 2008, I sent to Mr. Pankopf a letter, a true and correct copy of which is attached as Exhibit "2" to this declaration, asking for "a photograph or other facsimile of the decorative concrete stamps at issue" in the amended complaint and informing Mr. Pankopf that CUC intended to file a motion under F.R.C.P., Rule 12(e) for a more definite statement if CUC did not receive information enabling it reasonably to prepare a response to the amended complaint.

7. I have received no response from Mr. Pankopf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 19, 2008 at San Diego, California.

_____
Barton L. Jacka

# EXHIBIT "1"

# SULLIVAN HILL LEWIN REZ & ENGEL
A PROFESSIONAL LAW CORPORATION



550 WEST C STREET
SUITE 1500
SAN DIEGO, CA 92101-3570

T (619) 233-4100
F (619) 231-4372
www@shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

April 22, 2008

<u>Via Facsimile & U.S. Mail - (530) 725-8264</u>

Tory M. Pankopf, Esq.
Law Offices of Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511

Re:   Proline Concrete Tools, Inc. v. Gord Dennis, et al.
      U.S. District Court, S.D. California, Case No.: 07cv2310-LAB (AJB)

Dear Mr. Pankopf:

Proline Concrete Tools, Inc.'s December 2, 2007 complaint alleges, at paragraphs 20-22, that Proline "has registered its copyrighted decorative concrete stamps with the United States Copyright Office"; that "Jeff Irwin and Paul Sowa are the authors of the decorative concrete stamps who have transferred all their rights to the Plaintiff [Proline]"; and that "Plaintiff has complied in all respects with 17 U.S.C. §§ 101, et seq., and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works."

We have been unable to confirm that Proline, Mr. Irwin or Mr. Sowa has registered any works with the Copyright Office. Please provide us by April 29, 2008 with either the copyright numbers or a copy of the deposit of the "decorative concrete stamps" that are at issue in this case.

Thank you for your consideration.

Very truly yours,

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: *Barton L. Jacka*
      Barton L. Jacka

BLJ/rt

::ODMA\PCDOCS\PCDOCS\283134\1

# SULLIVAN HILL LEWIN REZ & ENGEL
A PROFESSIONAL LAW CORPORATION



550 WEST C STREET
SUITE 1500
SAN DIEGO, CA 92101-3540

T (619) 233-4100
F (619) 231-4372
www.shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

## FAX COVER SHEET

**TO:**      **TELECOPIER NO:**     **PHONE NO:**

Tory M. Pankopf, Esq.     (530) 725-8264     (530) 725-8263

**FROM:** Barton L. Jacka

**RE:** Proline Concrete Tools, Inc. v. Gord Dennis, et al.

**MESSAGE:**

☐ Urgent   ☐ For Your Review   ☐ For Your Information
☒ Reply Requested   ☐ Original Will Follow

Total number of pages, including this cover sheet: 2. If any part of this transmittal is not clear or is incomplete, please call Office Services at (619) 595-3275.

This communication contains confidential information and may be protected by the attorney-client privilege. Do not distribute except on a need-to-know basis. If you receive this communication in error, please immediately notify us by telephone and return the original by mail.

**Date Sent:** April 22, 2008     **Our Client/Matter No.:** 1663.11047
**Time Sent:** 1:12 PM     **Our Client/Matter Name:** Creative Urethane Concepts, Inc.
**Sent By:** Rosette M. Tyner

::ODMA\PCDOCS\PCDOCS\283139\1

P. 1

\* \* \*   COMMUNICATION RESULT REPORT ( APR. 22. 2008  1:28PM ) \* \* \*

TTI  SULLIVAN HILL ET AL

TRANSMITTED/STORED  APR. 22. 2008  1:22PM
FILE MODE               OPTION              ADDRESS                                    RESULT        PAGE
------------------------------------------------------------------------------------------------------------
4762 MEMORY TX                              15307258264                                OK            2/2

```
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL           E-2) BUSY
    E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION
```

# SULLIVAN  HILL  LEWIN  REZ  &  ENGEL
A PROFESSIONAL LAW CORPORATION

550 WEST C STREET                                                               T (619) 233-4100
SUITE 1500                                                                      F (619) 231-4372
SAN DIEGO, CA 92101-3540                                                        www.shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

## FAX COVER SHEET

| TO: | TELECOPIER NO: | PHONE NO: |
|---|---|---|
| Tory M. Pankopf, Esq. | (530) 725-8264 | (530) 725-8263 |

FROM:     Barton L. Jacka

RE:       Proline Concrete Tools, Inc. v. Gord Dennis, et al.

MESSAGE:

☐ Urgent   ☐ For Your Review   ☐ For Your Information
☒ Reply Requested   ☐ Original Will Follow

Total number of pages, including this cover sheet: 2. If any part of this transmittal is not clear or is incomplete, please call Office Services at (619) 595-3275.

This communication contains confidential information and may be protected by the attorney-client privilege. Do not distribute except on a need-to-know basis. If you receive this communication in error, please immediately notify us by telephone and return the original by mail.

Date Sent:  April 22, 2008            Our Client/Matter No.: 1663.11047
Time Sent:  1:12 PM                   Our Client/Matter Name: Creative Urethane Concepts, Inc.
Sent By:    Rosette M. Tyner

::ODMA\PCDOCS\PCDOCS\263139\1

# EXHIBIT "2"

# SULLIVAN HILL LEWIN REZ & ENGEL
A PROFESSIONAL LAW CORPORATION



550 WEST C STREET
SUITE 1500
SAN DIEGO, CA 92101-3570

T (619) 233-4100
F (619) 231-4372
www@shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

May 16, 2008

**Via Facsimile & U.S. Mail - (530) 725-8264**

Tory M. Pankopf, Esq.
Law Offices of Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511

Re:   **Proline Concrete Tools, Inc. v. Gord Dennis, et al.**
      **U.S. District Court, S.D. California, Case No.: 07cv2310-LAB (AJB)**

Dear Mr. Pankopf:

Proline Concrete Tools, Inc.'s ("Proline") April 30, 2008 amended complaint alleges, at paragraph 28, that Creative Urethane Concepts, Inc. ("CUC") has "violate[d] the exclusive rights belonging to [Proline] as owner of the copyrights in its decorative stamps." In paragraphs 4-5, 18-21 and 24-26 of the amended complaint, Proline further alleges its ownership of a copyright in "decorative concrete stamps" authored by Jeff Irwin and Paul Sowa, the rights of which allegedly have been transferred to Proline.

The amended complaint does not allege *what* "decorative concrete stamps" Proline alleges CUC wrongfully copied. Proline provides no information - description; photograph or otherwise - from which CUC could determine what "decorative concrete stamps" are the subject of the suit. The identities of the alleged authors are of no help in this regard since, apparently, neither they nor CUC registered the copyright.

Accordingly, the amended complaint is "so vague or ambiguous that ... [CUC] cannot reasonably prepare a response." CUC therefore intends to respond to the amended complaint by filing a motion under Federal Rules of Civil Procedure, Rule 12(e), for a more definite statement.

::ODMA\PCDOCS\PCDOCS\284160\1



Tory M. Pankopf, Esq.
May 16, 2008
Page 2

---

      Please provide us as soon as possible with a photograph or other facsimile of the decorative concrete stamps at issue.

Thank you for your consideration.

                    Very truly yours,

                    SULLIVAN, HILL, LEWIN, REZ & ENGEL
                    A Professional Law Corporation

                By: *[signature]*
                     Barton L. Jacka

BLJ

::ODMA\PCDOCS\PCDOCS\284160\1

 **SULLIVAN HILL LEWIN REZ & ENGEL**
A PROFESSIONAL LAW CORPORATION



550 WEST C STREET
SUITE 1500
SAN DIEGO, CA 92101-3540

T (619) 233-4100
F (619) 231-4372
www.shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

## FAX COVER SHEET

| | | |
|---|---|---|
| **TO:** | **TELECOPIER NO:** | **PHONE NO:** |
| Tory M. Pankopf, Esq. | (530) 725-8264 | (530) 725-8263 |

**FROM:**  Barton L. Jacka

**RE:**  Proline Concrete Tools, Inc. v. Gord Dennis, et al.

**MESSAGE:**

☐ Urgent ☐ For Your Review ☐ For Your Information
☐ Reply Requested ☒ Original Will Follow

Total number of pages, including this cover sheet: 3. If any part of this transmittal is not clear or is incomplete, please call Office Services at (619) 595-3275.

**This communication contains confidential information and may be protected by the attorney-client privilege. Do not distribute except on a need-to-know basis. If you receive this communication in error, please immediately notify us by telephone and return the original by mail.**

**Date Sent:** May 16, 2008
**Time Sent:** 9:11 AM
**Sent By:** R. Tyner

**Our Client/Matter No.:** 1663.11047
**Our Client/Matter Name:** Creative Urethane Concepts, Inc.

::ODMA\PCDOCS\PCDOCS\283139\2

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( MAY. 16. 2008 9:23AM ) \* \* \*

TTI SULLIVAN HILL ET AL

TRANSMITTED/STORED MAY. 16. 2008   9:10AM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 4909 | MEMORY TX | | 15307258264 | OK | 3/3 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL             E-2) BUSY
E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION

# SULLIVAN HILL LEWIN REZ & ENGEL
A PROFESSIONAL LAW CORPORATION

550 WEST C STREET
SUITE 1500
SAN DIEGO, CA 92101-3540

T (619) 233-4100
F (619) 231-4372
www.shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

## FAX COVER SHEET

**TO:** Tory M. Pankopf, Esq.        **TELECOPIER NO:** (530) 725-8264        **PHONE NO:** (530) 725-8263

**FROM:** Barton L. Jacka

**RE:** Proline Concrete Tools, Inc. v. Gord Dennis, et al.

**MESSAGE:**

☐ Urgent  ☐ For Your Review  ☐ For Your Information
☐ Reply Requested  ☒ Original Will Follow

Total number of pages, including this cover sheet: **3**. If any part of this transmittal is not clear or is incomplete, please call Office Services at (619) 595-3275.

This communication contains confidential information and may be protected by the attorney-client privilege. Do not distribute except on a need-to-know basis. If you receive this communication in error, please immediately notify us by telephone and return the original by mail.

**Date Sent:** May 16, 2008
**Time Sent:** 9:11 AM
**Sent By:** R. Tyner

**Our Client/Matter No.:** 1663.11047
**Our Client/Matter Name:** Creative Urethane Concepts, Inc.

::ODMA\PCDOCS\PCDOCS\283139\2