# RETURN OF SERVICE

Service of the Summons and Complaint was made by me    DATE April 30/2008 at 1305 hr

NAME OF SERVER: Sharlene Syer        TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

     Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Served to John Loof, Assistant of Cadillac Concrete, and the person who appeared to be in care and control of the office at the time of service at #102-6968 Russell Avenue, Burnaby, British Columbia.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: MAY 2 - 2008      Signature of Server: Syer

Address of Server: 280 Nelson Street, Vancouver, British Columbia

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ON THIS 2 DAY OF MAY 20 08

SHARLENE SYER

THE REMAINDER OF SERVICE APPEARED BEFORE ME AT THE MAPLE RIDGE, B.C., CANADA AND DECLARED THE WITHIN STATEMENT TO BE TRUE IN SUBSTANCE AND IN FACT.

T. DONALD LOCKWOOD
A Notary Public in and for the
Province of British Columbia, Canada

Page 2 of 2