1  TORY M. PANKOPF, ESQ., SBN 202581
   LAW OFFICES OF TORY M. PANKOPF
2  611 Sierra Rose Drive
   Reno, Nevada 89511
3  Telephone: (530) 725-8263
   Facsimile:  (530) 725-8264
4  tppankopf@sbcglobal.net

5
   Attorneys for Plaintiff
6  PROLINE CONCRETE TOOLS, INC.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11                                         CASE NO: 07 CV 2310 LAB AIB
12 PROLINE CONCRETE TOOLS, INC., a
   California Corporation,
13                                         **AFFIDAVIT OF SERVICE RE
                                           AMENDED COMPLAINT**
14              Plaintiff,

15 vs.
                                           Date:
16 GORD DENNIS, an individual, CADILLAC    Time:     a.m.
   CONCRETE PRODUCTS, LTD., an             Dept:     9/2nd Floor
17 unknown business form located in British Judge:    Larry A. Burns
   Columbia, Canada, et. al.
18
19              Defendants.
20
21

22                              ////
23                              ////
24
25
26
27
28

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 1 -

Affidavit of Service re Amended Complaint

PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF WASHOE:**

I am employed in the County of Washoe, State of Nevada.

I am over the age of 18 and am not a party to the within action. My business address is: 611 Sierra Rose Drive, Reno, Nevada 89511

On May 20, 2008, I served the following document entitled:

**AMENDED COMPLAINT**

on the following parties in this action:

**DEFENDANTS**
**Gord Dennis and Cadillac Concrete Products, Ltd.**

Gord Dennis
Cadillac Concrete Products, Ltd.
102-6968 Russell Avenue
Burnaby, British Columbia V5J 4R9
Canada

(X) **BY INTERNATIONAL U.S. MAIL/FIRST CLASS [ Rule Civ. Proc. Rule 5(b)]** : by hand delivery a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, at a United States Post Office in the State of Nevada at Reno, addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

() **BY ELECTRONIC FILING:** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

() **BY FACSIMILE:** I caused such document to be sent via facsimile or machine to each person on the attached mailing list.

() **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the party prior to the hearing on the motion as ordered by the court.

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X ) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2008, at Reno, Nevada.

/S/ Tory Pankopf
Tory Pankopf

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

Affidavit of Service re Amended Complaint

**stamps.com**

## Postage Transaction Record
Tuesday, June 03, 2008

| | |
|---|---|
| Device ID: | 062S0005723041 |
| Print Date: | May 20, 2008 - 02:53:21 PM |
| Mail Date: | May 20, 2008 |
| User: | ▮▮▮▮ |
| Customer ID: | ▮▮▮▮ |

| | |
|---|---|
| Return Address: | TORY PANKOPF<br>TORY M. PANKOPF LTD.<br>611 Sierra Rose Drive<br>RENO<br>NV 89511 |
| Delivery Address: | Gord Dennis<br>CADILLAC CONCRETE PRODUCTS LTD.<br>102-6968 RUSSELL<br>BURNABY BRITISH COLUMBIA V5J 4R9<br>CANADA |
| Tracking #: | LJ301071474US |
| Weight: | 0 lbs 1 oz |
| Cost Code: | Proline Concrete |
| Refund Type: | Mail-In |

| **Cost:** | Postage | |
|---|---|---|
| | Mail Class | |
| | First Class Mail International Parcel®: | $1.18 |

| **Total Cost:** | | **$1.18** |
|---|---|---|