## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Proline v. Dennis, *et al.*                    <u>Case No</u>: 07cv2310-LAB (AJB)

<u>HON. Larry A. Burns</u>            <u>CT. DEPUTY        </u>            <u>Rptr.        </u>

                                    <u>Present</u>

<u>Plaintiff(s)</u>:        No appearance.

<u>Defendant(s)</u>:       No appearance.


Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in defendant Creative Urethane Concept's Motion For More Definite Statement appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for July 21, 2008 is ***off-calendar***, and the matter is under submission.


DATED:  July 14, 2008                                    INITIALS:  <u>RLW</u> Law Clerk