TORY M. PANKOPF, ESQ., SBN 202581
LAW OFFICES OF TORY M. PANKOPF
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263
Facsimile: (530) 725-8264
tppankopf@sbcglobal.net

Attorneys for Plaintiff
PROLINE CONCRETE TOOLS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, et. al.<br><br>Defendants. | CASE NO: **07 CV 2310 LAB AIB**<br><br>**PROOF OF SERVICE RE RESPONSE TO MOTION TO DISMISS**<br><br>Date:   July 21, 2008<br>Time:   11:15 a.m.<br>Dept:   9/2nd Floor<br>Judge:  Larry A. Burns |

////

////

////

////

Proof of Service - Response to Motion

PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF WASHOE:**

I am employed in the County of Washoe, State of Nevada.

I am over the age of 18 and am not a party to the within action. My business address is: 611 Sierra Rose Drive, Reno, Nevada 89511

On July 14, 2008, I served the following document entitled:

**RESPONSE TO MOTION FOR A MORE DEFINITE STATEMENT**

on the following parties in this action:

| ATTORNEY FOR DEFENDANTS<br>Solomon Colors, Inc. and<br>Legacy Decorative Concrete Systems, Inc.<br>Gregory A Garbacz<br>Klinedinst PC<br>501 West Broadway. # 600<br>San Diego, CA 92101 | ATTORNEY FOR DEFENDANTS<br>Solomon Colors, Inc., **Gina Solomon**, **Richard Solomon, Stephen Johnson, Charles Kreutzer**, and<br>Legacy Decorative Concrete Systems, Inc.<br>Keith J. Grady<br>Robert S. Kenney<br>Polsinelli Shalton Flanigan Suelthaus PC<br>100 South Fourth Street, # 1100<br>St. Louis, MO 63102 |
|---|---|
| ATTORNEY FOR DEFENDANT<br>Creative Urethane Concepts, Inc.<br>Barton L. Jacka<br>SULLIVAN HILL LEWIN REZ & ENGEL<br>550 W "C" St, Suite 1500<br>San Diego, California 92101 | DEFENDANTS, Gord Dennis,<br>Cadillac Concrete Products, LTD.<br>102-6968 Russell Avenue<br>Burnaby, BC V5J 4R9<br>Canada |

(X)  **BY U.S. MAIL/FIRST CLASS [ Rule Civ. Proc. Rule 5(b)]** : by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Nevada at Reno, addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

(X)  **BY ELECTRONIC FILING:** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

( X )  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2008, at Reno, Nevada.

Patty Pankopf

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 2 -

Proof of Service - Response to Motion