TORY M. PANKOPF, ESQ., SBN 202581
LAW OFFICES OF TORY M. PANKOPF
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263
Facsimile: (530) 725-8264
tppankopf@sbcglobal.net

Attorneys for Plaintiff
PROLINE CONCRETE TOOLS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, et. al.<br><br>Defendants. | CASE NO: **07 CV 2310 LAB AIB**<br><br>**REQUEST TO ENTER DEFAULT**<br><br>Date:<br>Time:     a.m.<br>Dept:    9/2nd Floor<br>Judge:   Larry A. Burns |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff PROLINE CONCRETE TOOLS, INC., hereby request that the Clerk of the above-entitled Court enter default in this matter against defendants, GORD DENNIS and CADILLAC CONCRETE PRODUCTS, LTD. (collectively, "Defendants"), on the ground that Defendants have failed to appear or otherwise respond to the complaint or amended complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendants on April 30, 2008, evidenced by the affidavit of service on file with

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 1 -

Request to Enter Default

1  this Court. Subsequently, Plaintiff served Defendants the amended complaint on May 20, 2008,
2  evidenced by the affidavit of service regarding the amended complaint on file with this Court.
3        The above facts are set forth in the accompanying declaration of Tory M. Pankopf, filed
4  herewith.
5  DATED: This 14th day of July, 2008    *Law Offices of Tory M. Pankopf*

        By:   /S/ TORY M. PANKOPF
               TORY M. PANKOPF, ESQ.
               *Attorney for Plaintiff*
               **PROLINE CONCRETE TOOLS, INC.**

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 2 -

Request to Enter Default

## DECLARATION OF TORY M. PANKOPF

I, TORY M. PANKOPF, declare and state as follows:

1. I am the attorney of record for the plaintiff in the above-entitled action. I am authorized to practice in this Court and all the courts of the State of California. I am aware of the facts stated herein of my own personal knowledge and, if called to testify thereto, I could and would competently so testify.

2. Defendants, GORD DENNIS and CADILLAC CONCRETE PRODUCTS, LTD. (collectively, "Defendants"), were served the complaint on April 30, 2008, evidenced by the affidavit of service on file with this Court. Subsequently, Plaintiff served Defendants the amended complaint on May 20, 2008, evidenced by the affidavit of service regarding the amended complaint on file with this Court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 14th day of July, 2008 at Reno, Nevada.

By: /S/ TORY M. PANKOPF
TORY M. PANKOPF, ESQ.

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 3 -

Request to Enter Default

PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF WASHOE:**

I am employed in the County of Washoe, State of Nevada.

I am over the age of 18 and am not a party to the within action. My business address is: 611 Sierra Rose Drive, Reno, Nevada 89511

On July 14, 2008, I served the following document entitled:

**REQUEST TO ENTER DEFAULT**

on the following parties in this action:

| | |
|---|---|
| ATTORNEY FOR DEFENDANTS<br>Solomon Colors, Inc. and<br>Legacy Decorative Concrete Systems, Inc.<br>Gregory A Garbacz<br>Klinedinst PC<br>501 West Broadway, # 600<br>San Diego, CA 92101 | ATTORNEY FOR DEFENDANTS<br>Solomon Colors, Inc., **Gina Solomon**, **Richard Solomon, Stephen Johnson, Charles Kreutzer,** and<br>Legacy Decorative Concrete Systems, Inc.<br>Keith J. Grady<br>Robert S. Kenney<br>Polsinelli Shalton Flanigan Suelthaus PC<br>100 South Fourth Street, # 1100<br>St. Louis, MO 63102 |
| ATTORNEY FOR DEFENDANT<br>Creative Urethane Concepts, Inc.<br>Barton L. Jacka<br>SULLIVAN HILL LEWIN REZ & ENGEL<br>550 W "C" St, Suite 1500<br>San Diego, California 92101 | DEFENDANTS, Gord Dennis,<br>Cadillac Concrete Products, LTD.<br>102-6968 Russell Avenue<br>Burnaby, BC  V5J 4R9<br>Canada |

(X) **BY U.S. MAIL/FIRST CLASS [ Rule Civ. Proc. Rule 5(b)]** : by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Nevada at Reno, addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

(X) **BY ELECTRONIC FILING:** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

( X ) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2008, at Reno, Nevada.

Patty Pankopf

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 4 -

Request to Enter Default