Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL 30 PM 3:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNH_____ DEPUTY

PROLINE CONCRETE TOOLS, INC., a California Corporation, Plaintiff

VS

GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation, CLYDE COBB, an individual, UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation, LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation, STEPHEN JOHNSON, an individual, CHARLES KREUTZER, an individual, SOLOMON COLORS, INC., an Illinois Corporation, RICHARD SOLOMON, an individual, GINA SOLOMON, an individual, and DOES 1 through 20, inclusive, Defendants

SUMMONS IN A CIVIL ACTION

Case No. 07 CV 2310 LAB AJB

On Amended Complaint

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tory M. Pankopf, Law Offices of Tory M. Pankopf, 611 Sierra Rose Drive, Reno, NV 89511, (530) 725-8263

An answer to the Amended complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
K. HANNERLY

By _____, Deputy Clerk

JUL 3 0 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)