SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Jeffrey D. Lewin, SBN 68202
Barton L. Jacka, SBN 154116
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants,
Creative Urethane Concepts, Inc.; and Clyde Cobb

E-FILED: **August 22, 2008**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; CLYDE COBB, an individual; UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; STEPHEN JOHNSON, an individual; CHARLES KREUTZER, an individual; SOLOMON COLORS, INC., an Illinois Corporation; RICHARD SOLOMON, an individual; GINA SOLOMON, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 3:07-cv-2310-LAB (AJB)<br><br>**DECLARATION OF BARTON L. JACKA IN SUPPORT OF EX PARTE APPLICATION OF CLYDE COBB FOR ORDER CLARIFYING DATE BY WHICH HE MAY FILE A MOTION TO DISMISS OR OTHERWISE RESPONSE TO THIS ACTION**<br><br>Judge: The Hon. Larry Alan Burns<br>Courtroom: 9<br>Hearing Date: None (In chambers) |

///

///

///

///

# DECLARATION

I, Barton L. Jacka, declare:

1. I have direct and firsthand knowledge of the facts contained herein and if called upon to testify I could and would competently testify thereto.

2. I am an attorney duly admitted and licensed to practice in the State of California and before this Court. I am of counsel with the law firm of Sullivan, Hill, Lewin, Rez & Engel, counsel for Creative Urethane Concepts, Inc. ("CUC") and Clyde Cobb in this matter.

3. On August 21, 2008, I called the office of Tory M. Pankopf, attorney for Proline Concrete Tools, Inc. ("Proline") to request that Proline assent to a stipulation clarifying, as a precaution, that Mr. Cobb need not respond to the April 30, 2008 amended complaint (the "amended complaint") at all but that instead he may wait until Proline files the second amended complaint that it is required to file pursuant to this Court's August 18, 2008 order and respond, pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 15 (a)(3), within ten days after service of that pleading. Mr. Pankopf's office voicemail said that the office would be closed until August 26, 2008; I left a voicemail asking Mr. Pankopf to call me back about this case.

4. Mr. Cobb intends to file - and explicitly reserves his right to file notwithstanding his filing this application - a motion to dismiss pursuant to FRCP, Rule 12(b)(2) for lack of personal jurisdiction.

5. By my calculation, if Mr. Cobb was required to respond to the amended complaint, the ordinary deadline for doing so, pursuant to FRCP, Rule 12(a)(1)(A)(ii), would be August 25, 2008.

6. Accordingly, on August 21, 2008, I sent Mr. Pankopf an e-mail asking him to call me. A true and correct copy of this e-mail is attached as Exhibit "1" to this declaration.

7. On August 21, 2008, I sent Mr. Pankopf a second e-mail asking that Proline assent to the above-described stipulation and informing him that if I did not receive an affirmative response, Mr. Cobb, on August 22, 2008, would apply ex parte to this Court for an order "clearly extending Mr. Cobb's time to respond to ten days after service, if any, of the second amended complaint." A true and correct copy of this e-mail is attached as Exhibit "2" to this declaration.

8. On August 22, 2008, I caused to be sent by facsimile to Mr. Pankopf a letter essentially re-stating what I had communicated in the second of the e-mails I sent on August 21, 2008. A true and correct copy of this letter is attached as Exhibit "3" to this declaration.

9. I have not received a response to my inquiries either from Mr. Pankopf or from any other attorney purporting to represent Proline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 22, 2008 at San Diego, California.

_____
Barton L. Jacka

# EXHIBIT "1"

**Barton Jacka**

From: Barton Jacka
Sent: Thursday, August 21, 2008 3:41 PM
To: 'ttppankopf@sbcglobal.net'
Subject: Proline v. Dennis - Please call Bart Jacka

Tory:

Could you please give me a call re this case?

Thanks, Bart


**Barton L. Jacka**   |   Attorney   |   DIRECT 619.595.3213

**Sullivan Hill Lewin Rez & Engel**
A PROFESSIONAL LAW CORPORATION
550 West C Street, Suite 1500, San Diego, CA 92101
T 619.233.4100   F 619.231.4372   www.shlaw.com
San Diego, Las Vegas and worldwide through Meritas

CONFIDENTIALITY: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Please consider the environment before printing this email

# EXHIBIT "2"

## Barton Jacka

**From:** Barton Jacka
**Sent:** Thursday, August 21, 2008 5:14 PM
**To:** 'ttppankopf@sbcglobal.net'
**Subject:** Proline Concrete Tools, Inc. v. Gord Dennis, et al. - U.S. District Court, Southern District of California, Case No. 3:07-cv-2310-LAB (AJB)

Dear Mr. Pankopf:

This firm represents Clyde Cobb, whom Proline Concrete Tools, Inc. ("Proline") has named as a defendant in this case. Mr. Cobb intends to file a motion, under Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the amended complaint for lack of personal jurisdiction.

We believe that the Court's August 18, 2008 order granting Creative Urethane Concepts, Inc.'s motion under Rule 12(e) for a more definite statement relieves Mr. Cobb of the duty to respond to the amended complaint. If Proline timely files a second amended complaint, Mr. Cobb should be able to file his motion to dismiss in response to that pleading.

In an abundance of caution, however, and in light of Proline having already requested entry of default against other defendants, we would like to enter into a stipulation clarifying that Mr. Cobb may respond within "10 days after service of the [second] amended [complaint]", as contemplated by Rule 15(a)(3), assuming that Proline files a second amended complaint.

I attempted, without success, to contact you by telephone and e-mail today; your voicemail says your office is closed. Because August 25, 2008 appears to be the deadline (in the absence of the relief provided by the August 18 order) for Mr. Cobb to file his response to the amended complaint and because we do not know whether you will respond to our inquiry by August 25, we intend on August 22, 2008 to apply ex parte for an order clearly extending Mr. Cobb's time to respond to ten days after service, if any, of the second amended complaint.

This application will be made to the Honorable Larry Alan Burns of U.S. District Court for the Southern District of California, located in Courtroom 9 on the second floor of 940 Front Street, San Diego, California and, pursuant to Rule 8 of Judge Burns' standing order in civil cases, will be "considered on the papers and may not be set for hearing."

Please contact me if you are willing to stipulate to the extension discussed above. Thank you for your consideration.

Bart

*Barton L. Jacka*

Attorney | DIRECT 619.595.3213

**Sullivan Hill Lewin Rez & Engel**
A PROFESSIONAL LAW CORPORATION
550 West C Street, Suite 1500, San Diego, CA 92101

8/22/2008

T 619.233.4100    F 619.231.4372    www.shlaw.com

San Diego, Las Vegas and worldwide through Meritas

CONFIDENTIALITY: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

**Please consider the environment before printing this email**

# EXHIBIT "3"



550 West C Street
Suite 1500
San Diego, CA 92101
☎ 619.233.4100
🖷 619.231.4372

shlaw.com

Barton L. Jacka
jacka@shlaw.com
D 619.595.3213

August 22, 2008

<u>Via Facsimile Only - (530) 725-8264</u>

Tory Pankopf
Law Offices of Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511

Re:  <u>Proline Concrete Tools, Inc. v. Gord Dennis, et al.</u>
     U.S. District Court, S.D. California, Case No.: 07cv2310-LAB (AJB)

Dear Mr. Pankopf:

    This firm represents Clyde Cobb, whom Proline Concrete Tools, Inc. ("Proline") has named as a defendant in this case. Mr. Cobb intends to file a motion, under Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the amended complaint for lack of personal jurisdiction.

    We believe that the Court's August 18, 2008 order granting Creative Urethane Concepts, Inc.'s motion under Rule 12(e) for a more definite statement relieves Mr. Cobb of the duty to respond to the amended complaint. If Proline timely files a second amended complaint, Mr. Cobb should be able to file his motion to dismiss in response to that pleading.

    In an abundance of caution, however, and in light of Proline having already requested entry of default against other defendants, we would like to enter into a stipulation clarifying that Mr. Cobb may respond within "10 days after service of the [second] amended [complaint]," as contemplated by Rule 15(a)(3), assuming that Proline files a second amended complaint.

    I attempted, without success, to contact you by telephone and e-mail yesterday; your voicemail says your office is closed. Because August 25, 2008 appears to be the deadline (in the absence of the relief provided by the August 18 order) for Mr. Cobb to file his response to the amended complaint and because we do not know whether you will respond to our inquiry by August 25, we intend today to apply <u>ex parte</u> for an order clearly extending Mr. Cobb's time to respond to ten days after service, if any, of the second amended complaint.

::ODMA\PCDOCS\PCDOCS\287884\1

San Diego ⌧ Las Vegas
and worldwide through Meritas

Tory Pankopf
August 22, 2008
Page 2

---

      This application will be made to the Honorable Larry Alan Burns of U.S. District Court for the Southern District of California, located in Courtroom 9 on the second floor of 940 Front Street, San Diego, California and, pursuant to Rule 8 of Judge Burns' standing order in civil cases, will be "considered on the papers and may not be set for hearing."

      Please contact me if you are willing to stipulate to the extension discussed above. Thank you for your consideration.

Very truly yours,

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation


By: *[signature]*
    Barton L. Jacka

BLJ/rt

::ODMA\PCDOCS\PCDOCS\287884\1

**Sullivan Hill**
**Lewin Rez & Engel**
A PROFESSIONAL LAW CORPORATION

550 West C Street
Suite 1500
San Diego, CA 92101
☎ 619.233.4100
📠 619.231.4372

shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

# FAX COVER SHEET

| TO: | TELECOPIER NO: | PHONE NO: |
|---|---|---|
| Tory Pankopf<br>Law Offices of Tory M. Pankopf<br>611 Sierra Rose Drive<br>Reno, NV 89511 | (530) 725-8264 | (530) 725-8263 |

**FROM:** Barton L. Jacka

**RE:** Proline Concrete Tools, Inc. v. Gord Dennis, et al.

**MESSAGE:**

☐ Urgent   ☐ For Your Review   ☒ For Your Information
☒ Reply Requested   ☐ Original Will Follow

Total number of pages, including this cover sheet: **3**. If any part of this transmittal is not clear or is incomplete, please call Office Services at (619) 595-3275.

This communication contains confidential information and may be protected by the attorney-client privilege. Do not distribute except on a need-to-know basis. If you receive this communication in error, please immediately notify us by telephone and return the original by mail.

**Date Sent:** August 22, 2008      **Our Client/Matter No.:** 1663.11047
**Time Sent:** 10:10 AM                **Our Client/Matter Name:** Creative Urethane Concepts, Inc.
**Sent By:** Rosette M.F. Tyner

::ODMA\PCDOCS\PCDOCS\287889\1

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( AUG. 22. 2008 10:08AM ) \* \* \*

TTI · SULLIVAN HILL ET AL

TRANSMITTED/STORED AUG. 22. 2008 10:06AM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|------|------|--------|---------|--------|------|
| 5441 | MEMORY TX | | 15307258264 | OK | 3/3 |

```
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL            E-2) BUSY
  E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```

**Sullivan Hill**
**Lewin Rez & Engel**
A PROFESSIONAL LAW CORPORATION

550 West C Street
Suite 1500
San Diego, CA 92101
☎ 619.233.4100
📠 619.231.4372
shlaw.com

BARTON L. JACKA
JACKA@SHLAW.COM
619.595.3213

## FAX COVER SHEET

| TO: | TELECOPIER NO: | PHONE NO: |
|-----|----------------|-----------|
| Tory Pankopf<br>Law Offices of Tory M. Pankopf<br>611 Sierra Rose Drive<br>Reno, NV 89511 | (530) 725-8264 | (530) 725-8263 |

**FROM:** Barton L. Jacka

**RE:** Proline Concrete Tools, Inc. v. Gord Dennis, et al.

**MESSAGE:**

☐ Urgent   ☐ For Your Review   ☒ For Your Information
☒ Reply Requested   ☐ Original Will Follow

Total number of pages, including this cover sheet: **3**. If any part of this transmittal is not clear or is incomplete, please call Office Services at (619) 595-3275.

This communication contains confidential information and may be protected by the attorney-client privilege. Do not distribute except on a need-to-know basis. If you receive this communication in error, please immediately notify us by telephone and return the original by mail.

Date Sent: August 22, 2008
Time Sent: 10:10 AM
Sent By: Rosette M.F. Tyner

Our Client/Matter No.: 1663.11047
Our Client/Matter Name: Creative Urethane Concepts, Inc.

::ODMA\PCDOCS\PCDOCS\287889\1

Proline Concrete Tools, Inc. v. Gord Dennis, et al.
USDC - Southern District  Case No. 37-cv-02310-LAB-AJB

## PROOF OF SERVICE

I am employed in the City and County of San Diego by the law firm of Sullivan Hill Lewin Rez & Engel, 550 West C Street, Suite 1500, San Diego, California 92101. I am over the age of 18 and not a party to this action.

On August 22, 2008, I served the attached document(s):

**DECLARATION OF BARTON L. JACKA IN SUPPORT OF EX PARTE APPLICATION OF CLYDE COBB FOR ORDER CLARIFYING DATE BY WHICH HE MAY FILE A MOTION TO DISMISS OR OTHERWISE RESPONSE TO THIS ACTION**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

A.  **BY U.S. MAIL.** I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

B.  **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown below. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

C.  **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Overnite Express mailing. Under that practice it would be dropped in the drop box for the Overnite Express Service on that same day at San Diego, California in the ordinary course of business.

D.  **FEDERAL EXPRESS.** I caused such envelopes to be deposited in the Federal Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Federal Express mailing. Under that practice it would be dropped in the drop box for the Federal Express Service on that same day at San Diego, California in the ordinary course of business.

E.  **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

::ODMA\PCDOCS\PCDOCS\287932\1            1                                Case No. Gord Dennis
PROOF OF SERVICE

| SERVICE | ADDRESSEE | PARTY |
|---------|-----------|-------|
| A & B | Tory M. Pankopf<br>Law Offices of Tory M. Pankopf<br>611 Sierra Rose Drive<br>Reno, NV 89511<br>Tel: 530-725-8263<br>Fax: 530-725-8264 | Attorney for Plaintiff,<br>Proline Concrete Tools, Inc. |
| A & B | Gregor A. Hensrude<br>Greg A. Garbacz<br>Klinedinst Attorneys At Law<br>501 West Broadway, Suite 600<br>San Diego, CA 92101<br>Tel: 619-239-8131, ext. 2283<br>Fax: 619-238-8707 | Attorney for Defendants,<br>Legacy Decorative Concrete<br>Systems, Inc. and<br>Solomon Colors, Inc. |
| A & B | Keith J. Grady<br>Robert S. Kenney<br>Polsinelli, Shalton, Flanigan, Suelthaus PC<br>100 South Fourth Street, Suite 1100<br>St. Louis, MO 63102<br>Tel: 314-889-8000<br>Fax: 314-727-7166 | Attorney for Defendants,<br>Legacy Decorative Concrete<br>Systems, Inc. and<br>Solomon Colors, Inc. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 22, 2008 at San Diego, California.

_Rosette M.F. Tyner_ (signature)
Rosette M.F. Tyner