# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation, UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation, LEGACY DECORATIVE CONCRETE SYSTEMS , INC., an Illinois Corporation, SOLOMON COLORS, INC., an Illinois Corporation, and DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO. 07cv2310-LAB (AJB)<br><br>**ORDER RE *EX PARTE* APPLICATION FOR CLARIFICATION**<br><br>[Dkt No. 38] |

By Order entered August 18, 2008, this Court granted the motion of one of the multiple named defendants in this copyright infringement action for more definite statement of plaintiff's claims, and set a deadline for the filing of a Second Amended Complaint. Dkt No. 36. Defendant Clyde Cobb, whose pleading responsive to the First Amended Complaint was not yet due, has applied *ex parte* for confirmation he need not respond to that pleading in consideration of the likelihood plaintiff will imminently file a superseding complaint.

1    **IT IS HEREBY ORDERED** any party whose responsive pleading deadline had not already passed at the time that Order was entered shall not be required to file a responsive pleading unless and until the party is properly served with a Second Amended Complaint, and shall then observe all applicable deadlines and requirements codified in the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

DATED: August 27, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge