1  Greg A. Garbacz, Bar No. 167007
   Gregor A. Hensrude, Bar No. 226660
2  KLINEDINST PC
   501 West Broadway, Suite 600
3  San Diego, California  92101
   (619) 239-8131/FAX (619) 238-8707
4  ghensrude@klinedinstlaw.com

5  Attorneys for Defendants
   LEGACY DECORATIVE CONCRETE
6  SYSTEMS, INC.; STEVEN JOHNSON,
   CHARLES KREUTZER, SOLOMON
7  COLORS, INC., RICHARD SOLOMON,
   and GINA SOLOMON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; SOLOMON COLORS, INC., an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.   07 CV 2310 LAB (AJB)<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:              Larry A. Burns<br>Magistrate Judge: Anthony J. Battaglia<br>Complaint Filed: December 10, 2007<br>Trial Date:        None set |

    Plaintiff PROLINE CONCRETE TOOLS, INC., a California corporation, ("Plaintiff") and Defendants LEGACY DECORATIVE CONCRETE SYSTEMS, INC., STEVEN JOHNSON, CHARLES KREUTZER, SOLOMON COLORS, INC., RICHARD SOLOMON, and GINA SOLOMON ("Defendants") hereby move as follows:

///

- 1 -
**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**
07 CV 2310 LAB (AJB)

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

On August 30, 2008, Plaintiff filed a Second Amended Complaint against these Defendants, among others, before this Court. Defendants are investigating Plaintiff's claims as stated in the Second Amended Complaint in hopes of early disposition of the same. The parties agree that said process would be better served by delaying further litigation expenses such as preparation of the answer.

Plaintiff and Defendants therefore jointly move the Court to extend the deadline for Defendants to file a responsive pleading to October 10, 2008.

IT IS SO STIPULATED.

DATED: September 10, 2008   By: /s/ Torv M. Pankopf
                                TORV M. PANKOPF
                                Attorney for Plaintiffs


POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC

DATED: September 10, 2008   By: /s/ Robert S. Kenney
                                ROBERT S. KENNY
                                Attorneys for Defendants
                                LEGACY DECORATIVE CONCRETE
                                SYSTEMS, INC., SOLOMON COLORS,
                                INC., STEVEN JOHNSON, CHARLES
                                KREUTZER, RICHARD SOLOMON and
                                GINA SOLOMON


KLINEDINST PC

DATED: September 10, 2008   By: /s/ Gregor A. Hensrude
                                GREGOR A. HENSRUDE
                                Attorneys for Defendants
                                LEGACY DECORATIVE CONCRETE
                                SYSTEMS, INC., SOLOMON COLORS,
                                INC., STEVEN JOHNSON, CHARLES
                                KREUTZER, RICHARD SOLOMON and
                                GINA SOLOMON

683398v1