AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>Southern</u>   DISTRICT OF <u>California</u>

**APPEARANCE**

CASE NUMBER: 3:07-cv-2310-LAB(AJB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Defendant, CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; CLYDE COBB, an individual;

I certify that I am admitted to practice in this court.

| | |
|---|---|
| <u>September 11, 2008</u> | <u>/s/ Cynthia A. Fissel</u> |
| Date | Signature |
| | Sullivan Hill Lewin Rez & Engel |
| | <u>Cynthia A. Fissel</u> |
| | Print Name           Bar Number 164153 |
| | |
| | <u>550 West "C" Street, Suite 1500</u> |
| | Address |
| | |
| | <u>San Diego, CA   92101</u> |
| | City           State           Zip Code |
| | |
| | <u>619-233-4100</u>      <u>619-231-4372</u> |
| | Phone Number           Fax Number |

AO-458