AO 458 (Rev. 5/85) Appearance

# United States District Court

Southern    DISTRICT OF  California

## APPEARANCE

CASE NUMBER: 3:07-cv-2310-LAB(AJB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Defendant, CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; CLYDE COBB, an individual;

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 11, 2008 | /s/Jeffrey D. Lewin |
| Date | Signature |
| | Sullivan Hill Lewin Rez & Engel |
| | Jeffrey D. Lewin |
| | Print Name            Bar Number  68202 |
| | 550 West "C" Street, Suite 1500 |
| | Address |
| | San Diego, CA  92101 |
| | City         State         Zip Code |
| | 619-233-4100      619-231-4372 |
| | Phone Number        Fax Number |

AO-458