**Proline Concrete Tools, Inc. v. Gord Dennis, et al.**
**USDC - Southern District  Case No. 37-cv-02310-LAB-AJB**

## AMENDED PROOF OF SERVICE

I am employed in the City and County of San Diego by the law firm of Sullivan Hill Lewin Rez & Engel, 550 West C Street, Suite 1500, San Diego, California 92101. I am over the age of 18 and not a party to this action.

On September 11, 2008, I served the attached document(s):

**Notice of Appearance for Cynthia A. Fissel as counsel for Creative Urethane Concepts and Clyde Cobb**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission or email), addressed as shown below, for service as designated below:

A.  **BY U.S. MAIL.** I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

B.  **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown below. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

C.  **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Overnite Express mailing. Under that practice it would be dropped in the drop box for the Overnite Express Service on that same day at San Diego, California in the ordinary course of business.

D.  **FEDERAL EXPRESS.** I caused such envelopes to be deposited in the Federal Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Federal Express mailing. Under that practice it would be dropped in the drop box for the Federal Express Service on that same day at San Diego, California in the ordinary course of business.

E.  **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

F.  **EMAIL PLEADINGS FILED THROUGH THE COURT.** Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

| SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| A. | Greg A. Garbacz<br>Klinedinst Attorneys At Law<br>501 West Broadway, Suite 600<br>San Diego, CA 92101<br>Tel: 619-239-8131 ext. 2283<br>Fax: 619-238-8707<br>ggarbacz@klinedinstlaw.com | Solomon Colors, Inc. and Legacy Decorative Concrete Systems, Inc |
| F. | Gregor A. Hensrude<br>Klinedinst Attorneys At Law<br>501 West Broadway, Suite 600<br>San Diego, CA 92101<br>Tel: 619-239-8131 ext.<br>Fax: 619-238-8707<br>ghensrude@klinedinstlaw.com | Solomon Colors, Inc. and Legacy Decorative Concrete Systems, Inc |
| A. | Keith J. Grady<br>Polsinelli, Shalton, Flanigan, Suelthaus PC<br>100 South Fourth Street, #1100<br>St. Louis, MO 63102<br>Tel: 314-552-6883<br>Fax: 314-231-1776<br>kgrady@polsinelli.com | Solomon Colors, Inc. and Legacy Decorative Concrete Systems, Inc |
| F. | Robert S. Kenney<br>Polsinelli, Shalton, Flanigan, Suelthaus PC<br>100 South Fourth Street, #1100<br>St. Louis, MO 63102<br>Tel: 314-552-6875<br>Fax: 314-231-1776<br>rkenney@polsinelli.com | Solomon Colors, Inc. and Legacy Decorative Concrete Systems, Inc |
| F. | Tory M. Pankopf -<br>Law Offices of Tory M. Pankopf<br>611 Sierra Rose Drive<br>Reno, NV 89511<br>Tel: 530-725-8263<br>Fax: 530-725-8264<br>tppankopf@sbcglobal.net | Proline Concrete Tools, Inc. |

::ODMA\PCDOCS\PCDOCS\285577\1     2     Case No. 37-cv-02310-LAB-AJB
PROOF OF SERVICE

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on September 11, 2008 at San Diego, California.

                                                    Jennifer M. Cannone