SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Jeffrey D. Lewin, SBN 68202
Cynthia A. Fissel, SBN 164163
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants
Creative Urethane Concepts, Inc. and Clyde Cobb

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; CLYDE COBB, an individual; UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; STEPHEN JOHNSON, an individual; CHARLES KREUTZER, an individual; SOLOMON COLORS, INC., an Illinois Corporation; RICHARD SOLOMON, an individual; GINA SOLOMON, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-cv-2310-LAB (AJB)<br><br>**NOTICE OF CLYDE COBB'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**Fed. R. Civ. P. 12(b)(2)**<br><br>Judge:  Hon. Larry Alan Burns<br>Ctrm:   9<br>Date:   November 17, 2008<br>Time:   11:15 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 17, 2008 at 11:15 a.m. or as soon thereafter as this matter may be heard, Defendant Clyde Cobb ("Cobb") will move this Court for an order dismissing this action pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

This motion will be made on the ground that the Court lacks personal jurisdiction over Cobb.

The motion will be based upon this Notice, the supporting memorandum of points and authorities, the declaration of Clyde Cobb, the papers and pleadings on file herein, and on such evidence, whether documentary or oral, as will be presented in the reply to Plaintiff's opposition, if any, and the hearing on the motion.

Dated:    September 11, 2008         SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                     A Professional Law Corporation


                                     By:    /s/ Cynthia A. Fissel
                                            Jeffrey D. Lewin
                                            Cynthia A. Fissel
                                            Attorneys for Defendants Creative Urethane
                                            Concepts, Inc. and Clyde Cobb