SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
Jeffrey D. Lewin, SBN 68202
Cynthia A. Fissel, SBN 164153
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants
Creative Urethane Concepts, Inc. and Clyde Cobb

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GORD DENNIS, an individual; CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada; CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation; CLYDE COBB, an individual; UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation; LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation; STEPHEN JOHNSON, an individual; CHARLES KREUTZER, an individual; SOLOMON COLORS, INC., an Illinois Corporation; RICHARD SOLOMON, an individual; GINA SOLOMON, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:07-cv-2310-LAB (AJB)<br><br>**DECLARATION OF CLYDE COBB IN SUPPORT OF HIS MOTION UNDER F.R.C.P. RULE 12(B)(2) TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Judge:   Hon. Larry Alan Burns<br>Ctrm:    9<br>Date:    November 17, 2008<br>Time:   11:15 a.m. |

I, Clyde Cobb, declare:

1. I have direct and firsthand knowledge of the facts contained herein and if called upon to testify I could and would be competent to testify thereto.

2.      I am the President of Creative Urethane Concepts, Inc. ("CUC"), a defendant in this case. I have held this position since October, 2002. As President of CUC my executive duties include overall management and daily operations of the company.

3.      On information and belief, I have been named by Proline Concrete Tools, Inc. ("Proline") as an individual defendant in this case.

4.      I was not served within the State of California with the summons and April 30, 2008 amended complaint in this case. Nor was I served within the State of California with the August 28, 2008 second amended complaint.

5.      I am neither a resident nor a domiciliary of the State of California and have never resided nor been domiciled in the State of California.

6.      I do not own real or personal property or have any bank accounts in the State of California. I have never owned real or personal property or had any bank accounts in the State of California.

7.      I have had no contact with the State of California that relates to Proline.

8.      I have played no role in CUC's creation, marketing, distribution or sale of concrete decorative stamps in the State of California.

9.      My contacts since 1991 with the State of California are as follows:

   a.   In 1992, on behalf of Specialty Concrete Products ("SCP"), a company with which I then was affiliated as owner and President, I had a meeting at Los Angeles International Airport during a layover between one flight and another; that meeting, however, did not relate either to Proline or to the subject matter of this case.

   b.   Approximately four or five years ago, I attended a meeting in San Diego, California of the American Society of Concrete Contractors, a trade association with which I was affiliated as a board member of the Decorative Concrete Council, but that meeting did not relate either to Proline or to the creation, marketing, distribution or sale of concrete decorative stamps.

   c.   In the last year or two, in my capacity as President of SCP, I caused to be hired an individual, who I understood to live in the State of California, to design a logo for SCP.

       d.      To the best of my recollection, I have flown into and out of Los Angeles International Airport on approximately ten occasions - each time on my way to or from a destination outside the State of California.

10. Other than the foregoing, I have had no contact since 1991 with the State of California and have never had substantial, continuous and systematic contacts with the State of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 10, 2008 at Columbia, South Carolina.

_____
Clyde Cobb

C:\Documents and Settings\rose.SCP\Local Settings\Temporary Internet Files\Content.IE5\CGIKHIKO\PCDOCS-#287625-v1-Cobb_declaration_in_support_of_motion_to_dismiss_for_lack_of_personal_jurisdiction.DOC

3

DECLARATION OF CLYDE COBB IN SUPPORT OF MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION