# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLINE CONCRETE TOOLS, INC., a California corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>GORD DENNIS, an individual, CADILLAC CONCRETE PRODUCTS, LTD., an unknown business form located in British Columbia, Canada, CREATIVE URETHANE CONCEPTS, INC., a South Carolina Corporation, UNIVERSAL BUILDING PRODUCTS, INC., an Illinois Corporation, LEGACY DECORATIVE CONCRETE SYSTEMS, INC., an Illinois Corporation, SOLOMON COLORS, INC., an Illinois Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 07cv2310-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[Dkt No. 43] |

Pursuant to the parties' Joint Motion To Extend Time for defendants to respond to plaintiff's Second Amended Complaint, and for good cause shown, **IT IS HEREBY ORDERED** defendants' deadline is extended to and including *October 10, 2008*.

**IT IS SO ORDERED**.

DATED: September 12, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge